**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 337 EAL 2023

Petitioner        :

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.             :

NATHANIEL WILLIAMS,        :

Respondent      :

**ORDER**

**PER CURIAM**

       **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issues, rephrased for clarity, are:

(1)     Did the Superior Court err in holding that a signed and initialed transcription of a police interview is not a "written statement" for purposes of establishing a prima facie case of unsworn falsification to authorities under 18 Pa.C.S. § 4904?

(2)     Did the Superior Court err in holding that the Commonwealth failed to establish a prima facie case of obstructing administration of law or other governmental function under 18 Pa.C.S. § 5101?

(3)     In holding that the evidence was insufficient to establish a prima facie case of tampering with or fabricating physical evidence, 18 Pa.C.S. § 4910, and tampering with public records or information, 18 Pa.C.S. § 4911, did the Superior Court fail to evaluate the evidence under the correct standard of review?